**Order filed September 3, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00555-CV**

_____

**MICHAEL DODD AND 3D GLOBAL SOLUTIONS, INC., Appellant**

**V.**

**BRIAN J. SAVINO, Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-70013**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Plaintiff Brian J. Savino's amended motion for default judgment, along with all associated exhibits, filed February 6, 2013.**

The clerk of the 127th District Court is directed to deliver to the Clerk of this court the original of **Plaintiff Brian J. Savino's amended motion for default judgment, along with all associated exhibits, filed February 6, 2013**, on or before **September 16, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **Plaintiff Brian J. Savino's amended motion for default judgment, along with all associated exhibits, filed February 6, 2013**, along with all associated exhibits, to the clerk of the 127th District Court.


PER CURIAM